# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ABDUL ELIJAH MUHAMMAD**
**ADC # 93071**                                                    **PLAINTIFF**

**v.**                              **No. 2:15-cv-194-DPM**

**VIRGAL GREEN, Chief of Police, West Helena**
**Police Department; BYRD, Officer/Captain, West**
**Helena Police Department; JUANITA BLUE, Officer,**
**West Helena Police Department; and CYNTHIA**
**GAMBLE, CID, West Helena Police Department**          **DEFENDANTS**

## ORDER

Muhammad hasn't responded to the Court's December 10th Order, № 4, because his mail is being returned as undeliverable. № 5–7. The Court therefore adopts the unopposed recommendation, № 8. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Muhammad's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_W.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

21 March 2016