IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ABDUL ELIJAH MUHAMMAD
ADC # 93071                                                                                    PLAINTIFF

v.                          No. 2:15-cv-194-DPM

VIRGAL GREEN, Chief of Police, West Helena
Police Department; BYRD, Officer/Captain, West
Helena Police Department; JUANITA BLUE, Officer,
West Helena Police Department; and CYNTHIA
GAMBLE, CID, West Helena Police Department                    DEFENDANTS

JUDGMENT

Muhammad's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2016